Case Number: **3:24-cr-00006 OAW**

**United States**
List the full name(s) of the plaintiff(s)/petitioners(s)

v.

**NOTICE OF APPEAL**

**Anthony Niro**
List the full name(s) of the defendant(s)/respondent(s)

Notice is hereby given that **Anthony Niro** in the above-
*List the names of all parties who are filing an appeal

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

[X] final judgment entered in this action on **7/15/24**
                                              Date Entered

OR

[ ] order #(_____) entered in this action on _____ described as:
                                              Date Entered

> Sentence for Tax Evasion (26 USC 7201)
> 3 yrs probation; Fine of $1,750,000

(Provide a brief description of the decision in the order/judgment)

**7/25/24**                                    _[signature]_
Date                                           Signature

**Niro, Anthony Mario**
Name (Last, First, MI)

**77 Neptune Drive    Old Saybrook    CT    06475**
Address              City              State

**860.982.1368**                        **Anthony.niro69@gmail.com**
Telephone                               E-mail Address (if available)

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22